State, Respondent, v. Costello, Petitioner, No. 74214-6. Petition for review of a decision of the Court of Appeals, No. 50606-4-I, June 11, 2003. *Denied* January 7, 2004.

State, Respondent, v. Camarillo-Silva, Petitioner, No. 74217-1. Petition for review of a decision of the Court of Appeals, No. 20807-9-III, May 22, 2003. *Denied* January 7, 2004.

*State, Respondent, v. Maddox, Petitioner,* No. 74076-3. Petition for review of a decision of the Court of Appeals, No. 27455-8-II, April 29, 2003, 116 Wn. App. 796. *Granted* January 8, 2004.

*State, Respondent, v. James-Anderson, Petitioner. State, Respondent, v. Scott, Petitioner,* No. 73967-6. Petition for review of a decision of the Court of Appeals, Nos. 27270-9--II, 27303-9-II, April 29, 2003, 116 Wn. App. 1053. *Denied* January 8, 2004.

*State, Respondent, v. Parr, Petitioner,* No. 74013-5. Petition for review of a decision of the Court of Appeals, No. 20832-0-III, April 17, 2003, 116 Wn. App. 1041. *Denied* January 8, 2004.

*Pellegrini, Petitioner, v. King County, et al., Respondents,* No. 74687-7. Petition for review of a decision of the Court of Appeals, No. 50712-5-I, August 18, 2003, 118 Wn. App. 1012. *Denied* January 8, 2004.

State, Respondent, v. Magula, Petitioner, No. 74014-3. Petition for review of a decision of the Court of Appeals, No. 20796-0-III, April 18, 2003. *Denied* January 8, 2004.